# Court of Appeals
# of the State of Georgia

ATLANTA, __April 10, 2025__

*The Court of Appeals hereby passes the following order:*

**A25A1268. VANESSA WARD, et al. v. GPS HOSPITALITY HOLDING COMPANY, LLC et al.**

Having advised this Court of the "final and full settlement of all issues" related to this appeal, the appellant's motion to withdraw appeal pursuant to Court of Appeals Rule 41 (g) is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__04/10/2025__*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*